UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


YVONNE MORSE                          CIVIL ACTION NO. 05-872

versus                                SECTION: "I" (3)

CINGULAR WIRELESS, LLC, ET AL


	This Court has been advised that the above-captioned case has settled.  Counsel are thanked for their assistance.

					_____
					LANCE M. AFRICK
					UNITED STATES DISTRICT JUDGE